UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                            Cr. File No. 08-119 (PAM)

                        Plaintiff,

v.                                              **ORDER FOR RESTITUTION AND**
                                                **AMENDMENT OF JUDGMENT**

Scott Allan Crawford,

                        Defendant.

_____

The United States, with concurrence of the defendant, moves the Court for an order that restitution in this matter be set in the amount of $25,000. Based on the agreement of the parties, it is hereby ordered that restitution in the amount of $25,000 shall be paid to the victim, Kraus Anderson, 525 South 8th St., Minneapolis, MN 55404, attn: Thomas J. Wratkowski. Payments shall be made payable to the Clerk, U.S. District Court for disbursement to the victim. The interest requirement is waived pursuant to 18 USC 3612(f).

Dated: January   26   , 2009

                                                *s/Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge